The People of the State of Illinois ex rel. Jeanette Morgan, appellee, v. Joseph Zurowski, appellant.

Opinion filed September 12, 1931.

Philip G. Listeman, for appellant; Keefe & Listeman, of counsel.

Wm. H. Schuwerk, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Frank Zimring and Sadie Zimring, appellants, v. Fannie Polan and Harry Hershenson, appellees.

Opinion filed September 12, 1931.

J. B. Harris, for appellants.   Roscoe Forth, for appellees.

Mr. Justice Fulton delivered the opinion of the court.